IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03043-BNB

JOHN LOUIS ATKINS, Inmate No. 11028-09,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

---

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Request for Addendum to Pending Habeas Corpus Petition - For Presentation of New Facts" (Doc. No. 7) filed on January 24, 2011. Applicant's request is DENIED as moot pursuant to the Court's order directing applicant to file amended application entered on January 20, 2011.

Dated:  January 25, 2011