IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-03043-BNB

JOHN LOUIS ATKINS, Inmate No. 11028-09,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

## MINUTE ORDER

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    This matter is before the Court on Applicant's "Motion Requesting Immediate Injunctive Relief" (Doc. No. 9) filed on February 1, 2011.  Because Applicant does not state what relief he wants, the Court construes the motion as a request for an extension of time to file an amended application as directed in the order entered on January 20, 2011.  The request for an extension of time is GRANTED.  Applicant will be allowed **thirty (30) days from the date of this minute order** to file an amended application.  Failure to do so within the time allowed will result in the dismissal of the instant action.

Dated:  February 3, 2011