IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 03 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03043-BNB

JOHN LOUIS ATKINS,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

## ORDER TO FILE PRELIMINARY RESPONSE

Applicant, John Louis Atkins, is in the custody of the United States Bureau of Prisons (BOP) at FCI Englewood in Littleton, Colorado. Mr. Atkins, acting *pro se*, initiated this action by filing an Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241.

As part of the preliminary consideration of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 in this case, the Court has determined that a limited Preliminary Response is appropriate. Respondent is directed pursuant to **Redmon v. Wiley**, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as a Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Atkins has filed raising the issues asserted in the Application, as well as any responses to those grievances. Mr. Atkins may reply to the Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Preliminary Response** Mr. Atkins may file a Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Preliminary Response. It is

FURTHER ORDERED that Mr. Atkins' Motion Requesting Liberal Consideration of Pleading (Doc. No. 16) filed on February 25, 2011, is DENIED as moot.

DATED March 3, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-03043-BNB

John Louis Atkins
Reg. No. 11028-091
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Rene G Garcia, Warden
c/o Keith Nordell
Colorado Department of Corrections
Office of Legal Affairs
**DELIVERED ELECTRONICALLY**

John Suthers, Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the Keith Nordell for service of process on Rene Garcia: AMENDED APPLICATION FOR WRIT OF HABEAS CORPUS FILED 02/25/2011 on March 3, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
        Deputy Clerk