IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 21 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03043-BNB

JOHN LOUIS ATKINS,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

---

ORDER

---

On April 13, 2011, Mr. Atkins filed a Reply to Respondent's Preliminary Response. In the Reply, Mr. Atkins asserts that prison staff has interfered with his attempts to exhaust his administrative remedies regarding Claim One. In particular, Mr. Atkins argues that he attempted to exhaust his remedies in keeping with 28 C.F.R. § 542.14(d)(5), a new rule effective June 18, 2010, but was instructed that the procedure identified under the new rule was not available to him. Mr. Atkins further asserts that only after he filed this action were his appeals regarding Claim One addressed in a timely manner. Respondent is directed to supplement the Preliminary Response and address the issue of staff interference with Mr. Atkins' attempts to exhaust his administrative remedies with respect to Claim One. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall respond to Mr. Atkins' Reply and address Mr. Atkins' allegations of staff interference with his attempts to exhaust administrative remedies with respect to Claim One. It is

FURTHER ORDERED that Mr. Atkins shall have **twenty-one days from the date Respondent files a Supplemental Response** to file a supplement to his Reply.

DATED April 21, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-03043-BNB

John Louis Atkins
Reg. No. 11028-091
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Juan Gonzalo Villasenor
U.S. Attorney's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals on April 21, 2011.

                                                       GREGORY C. LANGHAM, CLERK

                                                       By: _____
                                                                       Deputy Clerk