IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 17 2011

GREGORY C. LANGHAM
CLERK

Civil Action No. 10-cv-03043-BNB

JOHN LOUIS ATKINS,

    Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

    Respondent.

---

ORDER TO FILE SECOND PRELIMINARY RESPONSE

---

On May 5, 2011, Mr. Atkins filed a "Motion Pursuant to Fed. Civ. P. 15 (b)(2) and (d) Amended and Supplemental Pleadings." Doc. No. 31. In the Motion, Mr. Atkins requests leave to supplement the original Application with a fourth claim. He also has tendered an Application form that states the basis for the fourth claim. As part of the preliminary consideration of the tendered Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241, the Court has determined that a limited Second Preliminary Response is appropriate.

Respondent is directed pursuant to *Redmon v. Wiley*, 550 F. Supp. 2d 1275 (D. Colo. 2008), and Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, to file a Second Preliminary Response limited to addressing the affirmative defense of exhaustion of administrative remedies. If Respondent does not intend to raise this affirmative defense, Respondent must notify the Court of that decision in the Preliminary Response. Respondent may not file a dispositive motion as

a Second Preliminary Response, or an Answer, or otherwise address the merits of the claims in response to this Order.

In support of the Second Preliminary Response, Respondent should attach as exhibits copies of any administrative grievances Mr. Atkins has filed raising the issues asserted in the tendered Application, as well as any responses to those grievances. Mr. Atkins may reply to the Second Preliminary Response and provide any information that might be relevant to his efforts to exhaust administrative remedies. Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order** Respondent shall file a Second Preliminary Response that complies with this Order. It is

FURTHER ORDERED that **within twenty-one days of the filing of the Second Preliminary Response** Mr. Atkins may file a Second Reply, if he desires. It is

FURTHER ORDERED that if Respondent does not intend to raise the affirmative defense of exhaustion of administrative remedies, Respondent must notify the Court of that decision in the Second Preliminary Response. It is

FURTHER ORDERED that the Court will refrain from deciding Mr. Atkins' Motion to amend and supplement, Doc. No. 31, until review of the Second Preliminary Response and Second Reply is complete.

DATED May 17, 2011, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 10-cv-03043-BNB

John Louis Atkins
Reg. No. 11028-091
FCI Englewood
9595 W Quincy Ave
Littleton, CO 80123

Juan Gonzalo Villasenor
U.S. Attorney's Office
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on May 17, 2011.

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk