IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-03043-CMA

JOHN LOUIS ATKINS,

   Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

   Respondent.

---

ORDER DENYING MOTION FOR RELIEF
WITHOUT REVIEW OF THE MERITS

---

On June 20, 2011, Applicant filed a Letter (Doc. # 43) requesting that the Court grant his request for relief because Respondent has violated the Court's May 26, 2011 Order. Applicant contends that contrary to the Court's May 26 Order, Respondent transferred him to the federal prison facility in Leavenworth, Kansas. Applicant also contends that Respondent has not provided him with a copy of the Answer he was directed to file in response to the Court's Mary 26 Order. Respondent filed a Response to Applicant's Letter (Doc. # 44).

The Court has reviewed both the Letter and the Response. First, Applicant's claim that Respondent transferred him to Leavenworth in anticipation of the Court's May 26 is speculative. Second, jurisdiction attaches on the initial filing for habeas corpus relief and is not destroyed by a transfer or custodial change. *See v. U.S. Parole Comm'n*, 754 F.2d 887, 888 (10th Cir. 1985) (citing *Ahrens v. Clark*, 335 U.S. 188, 193

(1948)). Because Applicant remains in custody of the United States Bureau of Prisons and is within this Court's jurisdiction, Respondent has not violated the May 26 Order. Even if Respondent had improperly transferred Applicant, he still would not be entitled to the relief he requests based on the transfer.

With Respect to Respondent's Answer to the Court's May 26 Order, the Answer was not filed in this Court until June 15, 2011. Respondent included a Certificate of Service with the Answer that states a copy of the Answer was mailed to Applicant on June 15. Allowing two to three days for a copy of the Answer to be mailed to Applicant, he would not have received the copy until June 17 or 18. Accordingly, it is

ORDERED that Applicant's request for relief is DENIED. It is

FURTHER ORDERED that Applicant shall file a Reply to Respondent's Answer by July 6, 2011. It is

FURTHER ORDERED that if Applicant fails to file a Reply within the time required, the Court will proceed to determine the merits of his claims based on the filings before the Court.

DATED this __22nd__ day of June, 2011, at Denver, Colorado.

BY THE COURT:

_Christine M. Arguello_
_____
CHRISTINE M. ARGUELLO
United States District Judge