**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No.  10-cv-03043-CMA

JOHN LOUIS ATKINS,

      Applicant,

v.

RENE G. GARCIA, Warden, FCI Englewood,

      Respondent.

## ORDER SUPPLEMENTAL BRIEFING

Before the Court is Respondent's Answer to Amended Application for Writ of Habeas Corpus (Doc. # 42).  Upon review of the Answer, the Court finds that Respondent has failed to address certain facts raised by Applicant in Claim One of the Application filed on February 25, 2011 (Doc. # 14).  In particular, Respondent does not discuss Applicant's assertion that the Johnson County Court in Wyoming granted a reduction of his sentence on August 13, 2009, and as a result his Wyoming state sentence was termed on April 10, 2011.

Furthermore, the Court notes that on March 18, 2011, the U. S. Attorney for the District of Wyoming filed a response to a Rule 36 motion that Applicant filed in the United States District Court for the District of Wyoming in Case No. 09-cr-00029-WFD. *See United States v. Atkins*, No. 09-cr-00029-WFD at Doc. No. 60 (D. Wyo. July 31, 2009).  In the response, the U.S. Attorney concedes that Applicant's state sentence, which is at issue in this case, expired on April 10, 2009.  *Id.* at 15.  Although the U.S.

Attorney relies on *Ruggianio v. Reish*, 307 F.3d 121, 125 n.1 (3d Cir. 2002), for its argument that the reduction had no practical effect on Applicant's federal sentence, the Court finds that if Applicant's sentence expired on April 10, as conceded by the U.S. Attorney in Case No. 09-cr-00029, the writ *ad prosequendum* entered in the federal criminal case is a moot issue and Applicant was in federal custody for the purpose of presentence calculation starting April 11, 2009.  Respondent is directed to brief this issue and show cause why Claim One should not be granted because Applicant's state sentence was termed as of April 10, 2009.  Accordingly, it is

ORDERED that **within twenty-one days from the date of this Order**, Respondent shall submit further briefing as set forth above.  It is

FURTHER ORDERED that Mr. Atkins shall have **twenty-one days from the date Respondent files supplemental briefing** to reply.

Dated:  July __18__, 2011

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge